| COURTROOM DEPUTY MINUTES | DATE: MARCH 9, 2007 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:34 p.m. to 3:43 p.m. |

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (Rule 5)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:07-MJ-27-CSC**   DEFT. NAME: **GAYLA O'NEAL**

USA: **KENT BRUNSON**   ATTY: **MICHAEL PETERSEN**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant _____ does _____ does NOT need an interpreter; NAME: _____

| | | |
|---|---|---|
| ✓ Kars. | Date of Arrest **3/9/07** or ☐ Rule 5 Arrest |
| ✓ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ✓ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ✓ **ORAL** Motion for Appt. Of Counsel. |
| ✓ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** |
| ☐ 20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; ☐ Government's **WRITTEN** Motion for Detention Hrg. filed. |
| | **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** Set for _____ |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR). |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered |
| ✓ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ✓ ko. | Deft. **ORDERED REMOVED** to originating district |
| ✓ krmvhrg. | Identity/Removal Hearing ☐ set for _____; ✓ **WAIVER** of Rule 5 & 5.1 Hearings |
| ✓ kwvprl. | Waiver of Preliminary hearing; |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| ☐ Karr. | **ARRAIGNMENT** SET FOR: _____ ☐ **HELD**. Plea of **NOT GUILTY** entered. |
| | ☐ Trial Term _____ ☐ PRETRIAL CONFERENCE DATE: _____ |
| | ☐ DISCOVERY DISCLOSURES DATE: _____ |